

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Elizabeth F. Vieyra*
*Assistant United States Attorney*

*401 Market Street, 4ᵗʰ Fl.*
*Camden, NJ 08101*
*elizabeth.vieyra@usdoj.gov*

*main: (856) 757-5139*
*direct:(856) 757-5031*

August 11, 2026

<u>Via ECF</u>
Honorable Julien Xavier Neals, U.S.D.J.
U.S. District Court for the District of New Jersey
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

   Re:   *Saifo v. Soto, et al.,* No. 26-cv-9756 (JXN)
      **Request for Extension of Time on Consent**

Dear Judge Neals:

  This Office represents Respondents in this habeas action. We respectfully write in response to the Court's Order (ECF No. 3), directing Respondents to provide an answer to the Petition by August 11, 2026. We respectfully inform the Court that the Elizabeth Immigration Court has scheduled a custody redetermination concerning Petitioner pursuant to 8 U.S.C. § 1226(a) for August 14, 2026 at 8:30 a.m. Accordingly, we request an extension of time to answer the Petition until August 17, 2026.

  Petitioner's counsel consents to the request for an extension of time.

  We thank the Court for its attention to this matter.

        Respectfully submitted,

        ROBERT FRAZER
        United States Attorney

    By:   */s/ Elizabeth F. Vieyra*
        ELIZABETH F. VIEYRA
        Assistant United States Attorney
        *Attorneys for Respondents*

**So ORDERED on 8/12/2026:**

JULIEN XAVIER NEALS
United States District Judge