Adam Solow, Attorney for Plaintiff
Solow, Hartnett & Galvan, LLC
1601 Walnut Street, Ste. 1200
Philadelphia, PA 19102
(t) 215-330-5244 (f) 610-545-1761/ adam@shglawpa.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IEMAD SAIFO | |
| *Plaintiffs,* | Civil Action No: 2:26-cv-9756 |
| v. | |
| | **Petition for Writ of Habeas Corpus** |
| LUIS SOTO, et. al. | |
| *Defendants*. | |

**NOTICE OF VOLUNTARY DISMISSAL**

The Petitioner, by and through his attorney of record hereby dismisses the above-captioned pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)i). The dismissal is timely noticed, coming before Respondents' answer.

**So ORDERED on 8/17/2026:**

**JULIEN XAVIER NEALS**
**United States District Judge**

**S//Adam Solow**
Adam Solow, Esq.
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I, Adam M. Solow, Esq., certify that on the 14th Day of August 2026 I caused to be served copy of the attached Notice of Voluntary Dismissal on following persons via CM/ECF filing:

Kevin Maggio
United States Attorney's Office –District of New Jersey
401 Market St | PO Box 2098| Camden, NJ 08101

Dated: August 14th, 2026

**/S/Adam Solow, Esq.**

ADAM M. SOLOW, ESQ.
Solow, Hartnett & Galvan, LLC
1601 Walnut St., Suite 1200
Philadelphia, PA 19102
(215) 330-5244
adam@shglawpa.com
ATTORNEY FOR PETITIONER